UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC AVILES, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, INC.,<br><br>    Defendant. | CASE NO.:  1:12-cv-11892<br><br>**[ORAL ARGUMENT REQUESTED]** |

## DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Defendant Macy's Retail Holdings, Inc. ("**Macy's**"), by and through its attorneys, respectfully request this Court to dismiss in their entirety all counts contained in Plaintiff Isaac Aviles's ("**Aviles**") Second Amended Complaint [Document 30] against Macy's.  In support of this motion, Macy's states that not only are Aviles's claims timed barred by the applicable statute of limitations, but also Aviles has not adequately plead any plausible claim for relief under the pleading requirements of *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 559, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007).

In further support of this motion, Macy's relies on Defendant's Memorandum in Support of its Motion to Dismiss, which is incorporated herein by reference in its entirety.

WHEREFORE, Defendant Macy's Retail Holdings, Inc. respectfully requests that this Court dismiss Plaintiff's Second Amended Complaint [Document 30] *with prejudice* and afford Macy's such other relief as this Court deems just and equitable.

### REQUEST FOR ORAL ARGUMENT

Defendant Macy's Retail Holdings, Inc. believes that oral argument may assist the Court and hereby requests an oral argument on this motion.

| | |
|---|---|
| Dated:  June 6, 2013 | MACY'S RETAIL HOLDINGS, INC., |
| | By its attorneys, |
| /s/ David G. Thomas<br>Robert A. Sherman (BBO #458520)<br>David G. Thomas (BBO #640854)<br>Greenberg Traurig LLP<br>One International Place<br>Boston, Massachusetts 02110<br>Phone: (617) 310-6000<br>Fax: (617) 310-6001<br>Email:  shermanr@gtlaw.com<br>Email:  thomasda@gtlaw.com | Kevin C. May, *admitted pro hac vice*<br>Brian M. Parsons, *admitted pro hac vice*<br>Macy's Law Department<br>611 Olive Street<br>St. Louis, Missouri 63101<br>Phone (314) 342-6354 (May)<br>Phone (314) 342-6851 (Parsons)<br>Fax (314) 342-6066<br>Email:  Kevin.C.May@macys.com<br>Email:  Brian.M.Parsons@macy.com |

### LOC.R. 7.1(a)(2) CERTIFICATE

I hereby certify that on June 6, 2013, I conferred with Sergei Lemberg, counsel for Natalya Barsukova, in a good faith effort to resolve or narrow the issues in this motion.  We were unable to resolve or narrow the issues in this motion.

    /s/ David G. Thomas
    David G. Thomas

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on June 6, 2013.

    /s/ David G. Thomas
    David G. Thomas