UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Isaac Aviles, *on behalf of himself and all others similarly situated*,

          Plaintiff,

v.

Macy's Retail Holdings, Inc.,

          Defendant.
_____

Civil Action No.: 1:12-cv-11892-JGD

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued entirely with prejudice and without costs to any party.

Dated: October 15, 2013

| ISAAC AVILES, *on behalf of himself and all others similarly situated* | MACY'S RETAIL HOLDINGS, INC., |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/Brian M. Parsons_____ |
| Sergei Lemberg, Esq.<br>BBO No.: 650671<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>*Attorney for Plaintiff* | Robert A. Sherman (BBO #458520)<br>David G. Thomas (BBO #640854)<br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA  02110<br>Phone: (617) 310-6200<br>Fax: (617) 310-6001<br><br>Kevin C. May, admitted pro hac vice<br>Brian M. Parsons, admitted pro hac vice<br>Macy's Law Department<br>611 Olive Street<br>St. Louis, MO 63101<br>Phone: (314) 342-6354 (May)<br>Phone: (314) 342-6851 (Parsons)<br>Fax: (314) 342-6066<br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

  I hereby certify that on October 15, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

           By /s/ Sergei Lemberg

            Sergei Lemberg